Nicholas Ranallo, Attorney at Law
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229
nick@ranallolawoffice.com
New York Bar #4620985
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Mollie Bendixen, an individual<br><br>Plaintiff,<br><br>v.<br><br>Esen Adiguzel, and John Does 1-10<br><br>Defendants | ECF Case   1:21-cv-02511<br><br><br>**Notice of Voluntary Dismissal (F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Mollie Bendixen by and through her counsel of record hereby gives notice that the above-captioned action is voluntarily dismissed in its entirety with prejudice with each side to bear their own costs and fees.

DATED: October 15, 2021

                        By:   /s/ Nicholas Ranallo
                             Nicholas Ranallo (NYSBA 4620985)
                             5058 57th Ave. S
                             Seattle, WA 98118
                             (831) 607-9229
                             nick@ranallolawoffice.com
                             Attorney for Plaintiff